| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **JSCo Enterprises, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | **23-42151** |

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue (Check all that apply.) | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2023** MM/DD/YYYY | to | Filing date | ☐ Operating a business<br>☑ Other _____ | **$904,345.16** |
| For prior year: | From **01/01/2022** MM/DD/YYYY | to | **12/31/2022** MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,584,166.00** |
| For the year before that: | From **01/01/2021** MM/DD/YYYY | to | **12/31/2021** MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,748,581.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Matthew Franz**<br>Creditor's name<br>**5230 40th Ave W.**<br>Street<br><br>**Seattle**      **WA**   **98199**<br>City          State    ZIP Code | 7/31/23<br>9/08/23 | **$18,232.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

Debtor **JSCo Enterprises, Inc.**  Case number (if known) **23-42151**
Name

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.2. | **Mintz & Gold LLP** *Creditor's name* **600 3rd Ave** *Street* **New York** *City* **NY** *State* **10016** *ZIP Code* | 8/29, 9/29 | $28,535.30 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.3. | **The Law Offices of L.W. Cooper Jr.** *Creditor's name* **802 N. Carancahua St.** *Street* **Corpus Christi** *City* **TX** *State* **78401** *ZIP Code* | 8/29 9/22 | $9,685.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other _____ |
| 3.4. | **Mancilla and Frantone LLP** *Creditor's name* **260 Madison Ave.** *Street* **22nd Floor** **New York** *City* **NY** *State* **10016** *ZIP Code* | 8/29/23 | $15,750.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.5. | **HKM Employment Attorneys LLP** *Creditor's name* **1325 G Street NW** *Street* **Suite 558** **Washington** *City* **DC** *State* **20005** *ZIP Code* | 8/29 10/04 | $61,614.40 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.6. | **HFK LLP** *Creditor's name* **5801 Kennett Pike** *Street* **Suite C** **Wilmington** *City* **DE** *State* **19807** *ZIP Code* | 8/29 10/04 | $16,387.15 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

| Debtor | JSCo Enterprises, Inc. | Case number (if known) | 23-42151 |
|---|---|---|---|
| | Name | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

   ☑ None

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

   ☑ None

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

### Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

   ☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | BDO USA, P.A. v. ERIC JIA-SOBOTA and JSCO ENTERPRISES, INC. | | **DC Superior Court** <br> Name <br> **Moultrie Courthouse** <br> Street <br> **500 Indiana Avenue NW** <br><br> **Washington** **DC** **20001** <br> City  State  ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **2020 CA 002600 B** | | | |
| 7.2. | BDO USA, LLP v. JSCo Enterprises, Inc. (f/k/a EverGlade Global, Inc.) | | **Delaware Superior Court** <br> Name <br> **Leonard Williams Justice Center** <br> Street <br> **500 N. King St., Suite 11400** <br><br> **Wilmington** **DE** **19801** <br> City  State  ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **N22C-12-063 KSM CCLD** | | | |

Debtor **JSCo Enterprises, Inc.** Case number (if known) **23-42151**
      Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Spector & Cox PLLC** | | | **$30,000.00** |
| **Address** | | | |
| **12770 Coit #850** <br> Street | | | |
| **Dallas**  **TX**  **75240** <br> City  State  ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

Debtor **JSCo Enterprises, Inc.**
Name

Case number (if known) **23-42151**

### 13. Transfers not already listed on this statement

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Trustee of the Durian Foundation** | **Membership interests in Everglade Consulting LLC** | **12/2022** | |

Address
**171 Church Street – Suite 330**
Street

**Charlston** **SC** **29401**
City / State / ZIP Code

Relationship to debtor
**Insider**

## Part 7:  Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **1309 East Capitol Street SE** Street | From **2/20**  To **12/22** |
| **Washington**  **DC**  **20003** City / State / ZIP Code | |

## Part 8:  Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:  Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

☒ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

| Debtor | **JSCo Enterprises, Inc.** | Case number (if known) | **23-42151** |
|---|---|---|---|
| | Name | | |

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Debtor | JSCo Enterprises, Inc. | Case number (if known) | 23-42151 |
|---|---|---|---|
| | Name | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?
    Include settlements and orders.

    ☒ No
    ☐ Yes. Provide details below.

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

    ☒ No
    ☐ Yes. Provide details below.

24. Has the debtor notified any govermental unit of any release of hazardous material?

    ☒ No
    ☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | **EverGlade Consulting, LLC**<br>Name<br>**1309 East Capitol Street SE**<br>Street<br><br>**Washington    DC    20003**<br>City    State    ZIP Code | | EIN: 8 5 – 2 7 7 6 4 0 9<br><br>**Dates business existed**<br>From **2020**   To **2022** |
| 25.2. | **EverGlade Pharmaceuticals, LLC**<br>Name<br>**1309 East Capitol Street SE**<br>Street<br><br>**Washington    DC    20003**<br>City    State    ZIP Code | | EIN: 8 5 – 2 7 6 0 1 2 8<br><br>**Dates business existed**<br>From **2020**   To **2022** |
| 25.3. | **EverGlade Solutions Inc.**<br>Name<br>**1309 East Capitol Street SE**<br>Street<br><br>**Washington    DC    20003**<br>City    State    ZIP Code | | EIN: 8 5 – 0 7 0 8 1 2 8<br><br>**Dates business existed**<br>From **2020**   To **2022** |

| Debtor | JSCo Enterprises, Inc. | Case number (if known) | 23-42151 |
|---|---|---|---|
| | Name | | |

**26. Books, records, and financial statements**

   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

      ☐ None

| | Name and address | Dates of service | |
|---|---|---|---|
| 26a.1. | **Accountfully** | From **2022** | To **present** |
| | Name | | |
| | **1567 Meeting St. Rd.** | | |
| | Street | | |
| | | | |
| | **Charleston**    **SC**    **29405** | | |
| | City    State    ZIP Code | | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

      ☐ None

| | Name and address | Dates of service | |
|---|---|---|---|
| 26b.1. | **Accountfully** | From | To |
| | Name | | |
| | Street | | |
| | City    State    ZIP Code | | |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

      ☑ None

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

      ☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ☑ No.
   ☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eric Jia Sobota | 1309 East Capitol Street SE Washington, DC 20003 | President | 49% |
| Jerry Jia Sobota | 1309 East Capitol St SE Washington, DC 20003 | | 51% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☐ No
   ☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Daniel Paterson | 2917 Ion Ave. Sullivan Island, SC | COO | From **2021** To **2022** |
| Jerry Jia Sobota | | President | From **2021** To **2023** |

| Debtor | JSCo Enterprises, Inc. | | Case number (if known) 23-42151 |
|---|---|---|---|
| | Name | | |

| Julie Roy | 163 Whitehall Rd Hookset, NH 03106 | Corp. Secretary | From 2020  To 2023 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.  **Eric Jia Sobota**
Name

**Travel expenses
$11,290.50**

**Business related expense reimbursement**

Street

City        State    ZIP Code

**Relationship to debtor**
**Officer, owner**

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes.  Identify below.

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes.  Identify below.

## Part 14:  Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/04/2023**
MM / DD / YYYY

X  **/s/ Eric Jia-Sobota**                        Printed name  **Eric Jia-Sobota**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes