Brad W. Odell, SBN: #24065839
MULLIN HOARD & BROWN, LLP
P.O. Box 2585
Lubbock, TX 79408
Tel: 806-765-7491
Fax: 806-765-0553
bodell@mhba.com
www.mullinhoard.com
*Subchapter V Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JSCo Enterprises, Inc. | § | Case No. 23-42151 |
| | § | Chapter 11 |
| Debtor. | § | |

## SUBCHAPTER V TRUSTEE'S NOTICE OF RESIGNATION

I, Brad W. Odell, the Subchapter V Trustee (the "**Trustee**") in the above-numbered and styled bankruptcy case, hereby resign as the Trustee, and respectfully state the following:

1. This case was filed under Chapter 11 of the Bankruptcy Code on November 9, 2023, and was designated as a Subchapter V Chapter 11 case.

2. On November 14, 2023, the Trustee was appointed.

3. Within 30 days from the date of this Notice, I will file with the Court any final request for fees and expenses incurred during my service as Trustee, and I will file the appropriate report regarding my administration as Trustee in this case.

I submit my resignation and request to be discharged as the trustee in this case.

Dated: April 4, 2025.

          Respectfully submitted,

          By:   /s/ Brad W. Odell
                  Brad W. Odell
                  Texas Bar No. 24065839

          Mullin Hoard & Brown, L.L.P.
          1500 Broadway, Suite 700
          Lubbock, TX 79401
          Email: bodell@mhba.com
          Phone: 806-765-7491
          ***Subchapter V Trustee***

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that he has served this Resignation on the Office of the United States Trustee for Region 6 and all parties receiving notice via the Court's electronic filing system on April 4, 2025.

          /s/ Brad W. Odell
          Brad W. Odell