Brad W. Odell, SBN: #24065839
MULLIN HOARD & BROWN, LLP
P.O. Box 2585
Lubbock, TX 79408
Tel: 806-765-7491
Fax: 806-765-0553
bodell@mhba.com
www.mullinhoard.com
*Subchapter V Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JSCo Enterprises, Inc. | § | Case No. 23-42151 |
| | § | Chapter 11 |
| Debtor. | § | |

### CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Brad W. Odell, having been appointed trustee of the estate of the above-named debtor, report I received funds from the Debtor while serving as trustee pursuant to the Order Granting Motion of Subchapter V Trustee for Post-Petition Security Deposit [Dkt. No. 81] and the Agreed Order Granting in Part Motion of BDO USA, P.C. for Order Expanding Duties of the Subchapter V Trustee [Dkt. No. 140].. All funds received related to post-petition retainer payments to be held by me to cover fees and expenses incurred as the Subchapter V Trustee. These funds have been held in my firm's, Mullin Hoard & Brown, L.L.P. ("MHB"), IOLTA trust account ("Trust Account") and specifically earmarked for this matter. I resigned as Trustee on April 4, 2025.

I have filed the Trustee's Final Application for Compensation with the Court for approval. Funds held in the MHB Trust Account will be applied to the approved fees and expenses. If the funds in MHB's Trust Account are more than sufficient to pay the approved fees and expenses, MHB will refund the remaining amount to the Debtor or its counsel; otherwise,

MHB will look to the Debtor to pay all remaining amounts owed on the approved fees and expenses.

I did not receive any funds from the Debtor to distribute to creditors as a plan has not been confirmed as of my resignation plan. I certify that my administration of the estate of the above-named Debtor has been completed. I request that I be discharged from any further duties as trustee.

Dated: April 9, 2025.                    Respectfully submitted,

                By:    /s/ Brad W. Odell
                         Brad W. Odell
                         Texas Bar No. 24065839

                         1500 Broadway, Suite 700
                         Lubbock, TX 79401
                         Email: bodell@mhba.com
                         Phone: 806-765-7491
                         ***Subchapter V Trustee***