Howard Marc Spector
TBA # 00785023
SPECTOR & COX, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
Hspector@spectorcox.com

COUNSEL FOR THE DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JSCo Enterprises, Inc. | § | Case Number 23-42151 |
| | § | |
| Debtor. | § | (Chapter 11) |
| | § | |

**NOTICE OF FILING OF PROJECTED DISPOSABLE INCOME**
**CALCULATIONS IN CONNECTION WTH PLAN OF LIQUIDATION**

JSCo Enterprises, Inc. (the "Debtor") files this Notice of Projected Disposable Income Calculations in connection with the Debtor's First Amended Plan of Liquidation [Docket No. 239, the "Plan"]. The Plan proposes that the Plan Trustee[1] will make distributions to holders of Allowed Claims in accordance with, *inter alia*, Section 7.3 of the Plan, after deductions are made for the costs of operation of the Liquidating Debtor. The costs of operation are largely dependent on the BDO Litigation pending in Delaware and the District of Columbia, and any appeals that may be filed by parties to the BDO Litigation. Further costs of operation relate to appeals which may arise in this Case. Moreover, distributions to holders of Allowed Claims are dependent upon the amount at which BDO's claims are Allowed. Accordingly, the Debtor has prepared various pro-forma projections attached hereto as Exhibit 1 which reflect a range of

---

[1] Unless defined herein, capitalized terms shall have the meaning ascribed to such terms in the Plan.

possible outcomes depending on whether the BDO Litigation continues through appeals (Tabs 1A and 1B) or is discontinued (Tabs 1C and 1D), and as well as the magnitude of BDO's Allowed Claims. A summary of anticipated litigation expenses is set forth in Tab 1F.

Dated: June 3, 2025.

                                            Respectfully submitted,

                                             */s/   Howard Marc Spector*
                                            Howard Marc Spector
                                            TBA #00785023
                                            Spector & Cox, PLLC
                                            12770 Coit Road, Suite 850
                                            Dallas, Texas 75251
                                            (214) 365-5377
                                            FAX: (214) 237-3380
                                            hspector@spectorcox.com

                                            COUNSEL FOR THE DEBTOR

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing pleading was served via electronic means to all parties who receive ECF notice in this case on June 3, 2025.

                                             /s/ *Howard Marc Spector*
                                            Howard Marc Spector

**Exhibit 1**

TAB 14

### JSCo Enterprises, Inc.

| | For the Quarter Ending | | For the Quarter Ending | | | | For the Quarter Ending | | | | For the Quarter Ending | | | | For the Quarter Ending | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 30-Sep-25 | 31-Dec-25 | 31-Mar-26 | 30-Jun-26 | 30-Sep-26 | 31-Dec-26 | 31-Mar-27 | 30-Jun-27 | 30-Sep-27 | 31-Dec-27 | 31-Mar-28 | 30-Jun-28 | 30-Sep-28 | 31-Dec-28 | 31-Mar-29 | 30-Jun-29 | |
| **Cash Inflows** | | | | | | | | | | | | | | | | | |
| Annuity Contract | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | |
| **Cash Outflows** | | | | | | | | | | | | | | | | | |
| Accounting Services | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | |
| Legal Services | $ 310,000 | $ 160,000 | $ 130,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | |
| Trustee | $ 73,051 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | |
| **Subtotal Cash Outflows** | $ 384,551 | $ 179,634 | $ 149,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | |
| | | | | | | | | | | | | | | | | | |
| Beginning Cash | $ 1,033,331 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Cash Inflows | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | |
| Cash Outflows | $ 384,551 | $ 179,634 | $ 149,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | |
| **Cash Available to Creditors** | $ 1,011,464 | $ 183,049 | $ 213,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 4,567,204 |

| Estimated Payments to Creditors | Total Due | % of Total | Total Paid |
|---|---|---|---|
| BDO USA - Other | 30,000,000 | 83.34% | 3,806,393 |
| BDO USA - Delaware | 5,377,080 | 14.94% | 682,243 |
| **Total BDO** | **35,377,080** | **98.28%** | **4,488,636** |
| Argy Corporation | 111,553 | 0.31% | 14,154 |
| Amini | 226,856 | 0.63% | 28,783 |
| Law Offices of LW Cooper | 17,538 | 0.05% | 2,225 |
| Matthew Franz | 153,287 | 0.43% | 19,449 |
| Eric Jia-Sobota | 110,000 | 0.31% | 13,957 |
| **Total** | **35,996,313** | **100.00%** | **4,567,204** |

| Recovery to Unsecured Creditors | 12.69% |
|---|---|

Assumes BDO is allowed at sanctions amount plus interest through the petition date on the sanctions award, plus an addition award of $30 million with continued further litigation over the plan, settlement and litigation pending in Delaware and District of Columbia (including appeals).

### JSCo Enterprises, Inc.

| | 30-Sep-25 | 31-Dec-25 | 31-Mar-26 | 30-Jun-26 | 30-Sep-26 | 31-Dec-26 | 31-Mar-27 | 30-Jun-27 | 30-Sep-27 | 31-Dec-27 | 31-Mar-28 | 30-Jun-28 | 30-Sep-28 | 31-Dec-28 | 31-Mar-29 | 30-Jun-29 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | For the Quarter Ending | | | | For the Quarter Ending | | | | For the Quarter Ending | | | | For the Quarter Ending | | |
| **Cash Inflows** | | | | | | | | | | | | | | | | | |
| Annuity Contract | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | |
| **Cash Outflows** | | | | | | | | | | | | | | | | | |
| Accounting Services | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | |
| Legal Services | $ 310,000 | $ 160,000 | $ 130,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | |
| Trustee | $ 73,051 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | |
| **Subtotal Cash Outflows** | $ 384,551 | $ 179,634 | $ 149,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | |
| Beginning Cash | $ 1,033,331 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Cash Inflows | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | |
| Cash Outflows | $ 384,551 | $ 179,634 | $ 149,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | $ 119,634 | |
| **Cash Available to Creditors** | $ 1,011,464 | $ 183,049 | $ 213,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 243,049 | $ 4,567,204 |

| Estimated Payments to Creditors | Total Due | % of Total | Total Paid |
|---|---|---|---|
| BDO USA - Other | - | 0.00% | - |
| BDO USA - Delaware | 5,377,080 | 89.67% | 4,095,553 |
| Total BDO | 5,377,080 | 89.67% | 4,095,553 |
| Argy Corporation | 111,553 | 1.86% | 84,966 |
| Amini | 226,856 | 3.78% | 172,789 |
| Law Offices of LW Cooper | 17,538 | 0.29% | 13,358 |
| Matthew Franz | 153,287 | 2.56% | 116,754 |
| Eric Jia-Sobota | 110,000 | 1.83% | 83,784 |
| **Total** | **5,996,313** | **100.00%** | **4,567,204** |

| Recovery to Unsecured Creditors | 76.17% |
|---|---|

Assumes BDO is allowed at sanctions amount plus interest through the petition date on the sanctions award with continued further litigation over the plan, settlement and litigation pending in Delaware and District of Columbia (including appeals). Post-confirmation interest will be paid at the federal judgment rate to the extent that funds are available.

TAB 10

### JSCo Enterprises, Inc.

| | 30-Sep-25 | 31-Dec-25 | For the Quarter Ending 31-Mar-26 | 30-Jun-26 | 30-Sep-26 | 31-Dec-26 | For the Quarter Ending 31-Mar-27 | 30-Jun-27 | 30-Sep-27 | 31-Dec-27 | For the Quarter Ending 31-Mar-28 | 30-Jun-28 | 30-Sep-28 | 31-Dec-28 | For the Quarter Ending 31-Mar-29 | 30-Jun-29 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Inflows** | | | | | | | | | | | | | | | | | |
| Annuity Contract | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | |
| **Cash Outflows** | | | | | | | | | | | | | | | | | |
| Accounting Services | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | |
| Legal Services (bankruptcy only) | $ 125,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Trustee | $ 73,051 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | |
| **Subtotal Cash Outflows** | $ 199,551 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | |
| | | | | | | | | | | | | | | | | | |
| Beginning Cash | $ 1,033,331 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Cash Inflows | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | |
| Cash Outflows | $ 199,551 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | |
| **Cash Available to Creditors** | $ 1,196,464 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 6,342,204 |

| Estimated Payments to Creditors | Claim Amt. | % of Total | Total Paid |
|---|---|---|---|
| BDO USA - Other | $ 30,000,000.00 | 83.34% | 5,285,711 |
| BDO USA - Delaware | $ 5,377,080.00 | 14.94% | 947,390 |
| Total BDO | $ 35,377,080.00 | 98.28% | 6,233,101 |
| Argy Corporation | $ 111,553.00 | 0.31% | 19,655 |
| Amini | $ 226,856.31 | 0.63% | 39,970 |
| Law Offices of LW Cooper | $ 17,537.50 | 0.05% | 3,090 |
| Matthew Franz | $ 153,286.51 | 0.43% | 27,008 |
| Eric Jia-Sobota | $ 110,000.00 | 0.31% | 19,381 |
| **Total** | **$ 35,996,313.32** | **100.00%** | **6,342,204** |

| Recovery to Unsecured Creditors | 17.62% |
|---|---|

Assumes BDO is allowed at sanctions amount plus interest through the petition date on the sanctions award + $30 million with no further litigation over the plan, settlement or any other matter.

TAB 1D

## JSCo Enterprises, Inc.

| | | For the Quarter Ending | | | | | | For the Quarter Ending | | | | For the Quarter Ending | | | | For the Quarter Ending | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $ 45,930 | $ 46,022 | $ 46,112 | $ 46,203 | $ 46,295 | $ 46,387 | $ 46,477 | $ 46,568 | $ 46,660 | $ 46,752 | $ 46,843 | $ 46,934 | $ 47,026 | $ 47,118 | $ 47,208 | $ 47,299 | |
| **Cash Inflows** | | | | | | | | | | | | | | | | | | |
| Annuity Contract | | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | |
| **Cash Outflows** | | | | | | | | | | | | | | | | | | |
| Accounting Services | | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | |
| Legal Services (bankruptcy only) | | $ 125,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Trustee | | $ 73,051 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | $ 18,134 | |
| **Subtotal Cash Outflows** | | $ 199,551 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | |
| | | | | | | | | | | | | | | | | | | |
| Beginning Cash | | $ 1,033,331 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Cash Inflows | | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | $ 362,684 | |
| Cash Outflows | | $ 199,551 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | $ 19,634 | |
| **Cash Available to Creditors** | | $ 1,196,464 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 343,049 | $ 6,342,204 |

| Estimated Payments to Creditors | Total Due | % of Total | Total Paid |
|---|---|---|---|
| BDO USA - Other | $ - | 0.00% | $ - |
| BDO USA - Delaware | $ 5,377,080 | 89.67% | $ 5,377,080 |
| **Total BDO** | **$ 5,377,080** | **89.67%** | **$ 5,377,080** |
| Argy Corporation | $ 111,553 | 1.86% | $ 111,553 |
| Amini | $ 226,856 | 3.78% | $ 226,856 |
| Law Offices of LW Cooper | $ 17,538 | 0.29% | $ 18,549 |
| Matthew Franz | $ 153,287 | 2.56% | $ 153,287 |
| Eric Jia-Sobota | $ 110,000 | 1.83% | $ 110,000 |
| **Total** | **$ 5,996,313** | **100.00%** | **$ 5,997,325** |

| Recovery to Unsecured Creditors* | 100.00% |
|---|---|

Assumes BDO is allowed at sanctions amount plus interest through the petition date on the sanctions award with no further litigation over the plan, settlement or any other matter. Post-confirmation interest will be paid at the federal judgment rate to the extent that funds are available.

TAB 1

| | JSCo Enterprises, Inc. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | For the Quarter Ending | | | | For the Quarter Ending | | | |
| | 30-Sep-25 | 31-Dec-25 | 31-Mar-26 | 30-Jun-26 | 30-Sep-26 | 31-Dec-26 | 31-Mar-27 | 30-Jun-27 | 30-Sep-27 | 31-Dec-27 |
| Bankruptcy (includes potential appeals of $125000) | $ 250,000 | | | | | | | | | |
| Delaware (appeal of $150000) | $ 60,000 | $ 60,000 | $ 30,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| DC | $ - | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 |
| **Subtotal Cash Outflows** | **$ 310,000** | **$ 160,000** | **$ 130,000** | **$ 100,000** | **$ 100,000** | **$ 100,000** | **$ 100,000** | **$ 100,000** | **$ 100,000** | **$ 100,000** |

| | For the Quarter Ending | | | | For the Quarter Ending | |
|---|---|---|---|---|---|---|
| | 31-Mar-28 | 30-Jun-28 | 30-Sep-28 | 31-Dec-28 | 31-Mar-29 | 30-Jun-29 |
| Bankruptcy (includes potential appeals of $125000) | | | | | | |
| Delaware (appeal of $150000) | $ - | $ - | $ - | $ - | $ - | $ - |
| DC | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 |
| **Subtotal Cash Outflows** | **$ 100,000** | **$ 100,000** | **$ 100,000** | **$ 100,000** | **$ 100,000** | **$ 100,000** |