**Fill in this information to identify the case:**

Debtor: **JSCo Enterprises, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **23-42151**

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

_____
_____
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor **JSCo Enterprises, Inc.**   Case number (if known) **23-42151**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $226,856.30 |

**Amini, LLC**
**131 West 35th Street**
**12th Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

**New York    NY    10001**

**Basis for the claim:**
**Loan**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111,553.00 |

**Argy Corporation**
**C/O Paul Argy Revocable Trust/Chris Lee**
**7501 Wisconsin Avenue**
**Suite 1500W**
**Bethesda    MD    20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Promissory Note**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,236,972.77 |

**BDO USA, P.A.**
**330 N Wabash Ave Ste 3200**
**Chicago, IL, 60611-7610**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Court Order**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**BDO USA, P.A.**
**330 N Wabash Ave Ste 3200**
**Chicago, IL, 60611-7610**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Claims asserted in litigation**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Debtor **JSCo Enterprises, Inc.**   Case number (if known) **23-42151**

## Part 2:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

### 3.5  Nonpriority creditor's name and mailing address

**Eric Jia-Sobota**
**1309 East Capitol Street SE**

**Washington     DC     20003**

Date or dates debt was incurred

Last 4 digits of account number ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Shareholder Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$110,000.00

### 3.6  Nonpriority creditor's name and mailing address

**Klein, LLC**
**225 West 14th Street**

**Wilmington     DE     19801**

Date or dates debt was incurred

Last 4 digits of account number ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$4,443.75

### 3.7  Nonpriority creditor's name and mailing address

**Matthew Franz**
**5230 40th Ave W**

**Seattle     WA     98119**

Date or dates debt was incurred

Last 4 digits of account number ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Indemnification Claim**

Is the claim subject to offset?
☑ No
☐ Yes

$153,286.51

### 3.8  Nonpriority creditor's name and mailing address

**Steve Morris**
**200 Ocean Trail Way**
**Apt 303**

**Jupiter     FL     33477**

Date or dates debt was incurred

Last 4 digits of account number ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Indemnification Claim**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

Debtor **JSCo Enterprises, Inc.**  Case number (if known) **23-42151**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

**The Law Offices of L.W. Cooper Jr.**

**802 N Carancahua St.**

**Corpus Christi    TX    78401**

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Legal Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,000.00

Debtor **JSCo Enterprises, Inc.** Case number (if known) **23-42151**

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $5,860,112.33 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$5,860,112.33** |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | JSCo Enterprises, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number (if known) | 23-42151 |

Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors**   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ A Summary of Assets and Liabilities for Non-Individuals (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06-13-2025
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Eric Jia-Sobota
Printed name

President
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors